**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 13-7243

---

JIMMY DEAN JONES, a/k/a Jimmy D. Jones,

       Plaintiff - Appellant,

    v.

GARY LANE; CORPORAL BETTY RODGERS; LIEUTENANT LAWRENCE
LEVIGNE; INVESTIGATOR DONALD LANE,

       Defendants – Appellees,

    and

TIM RILEY, Warden; TYGER RIVER CORRECTIONAL INSTITUTION, et
al.; LAURA CALDWELL; MRS. NANCY BYRD; DISCIPLINARY HEARING
OFFICER R.L. TURNER,

       Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  J. Michelle Childs, District Judge.
(1:12-cv-01033-JMC)

---

Submitted:  November 19, 2013      Decided:  November 22, 2013

---

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jimmy D. Jones, Appellant Pro Se.   Stephanie Holmes Burton, GIBBES & BURTON, LLC, Spartanburg, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Dean Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Jones' 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Lane, No. 1:12-cv-01033-JMC (D.S.C. June 26, 2013). We grant Jones' motion to file a supplemental informal reply brief and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED